CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHWIN KUMAR GOPI VALLIAMMAL, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | Case No. 5:26-cv-01962-VKD <br><br> **STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** <br><br> Re:  Dkt. No. 10 |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 14, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-485, Application for Adjustment of Status.  The parties have conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the agency to process Plaintiffs' application.  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 14, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or

Stipulation to Stay
Case No. 5:26-cv-01962-VKD                         1

placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 20, 2026                                    Respectfully submitted, [1]

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                       /s/ Molly A. Friend
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: May 20, 2026

                                                       /s/ Niralkumar Patel
                                                       NIRALKUMAR PATEL
                                                       KLDP LLP
                                                       Attorney for Plaintiffs


                            ~~[PROPOSED]~~ ORDER

     Pursuant to stipulation, IT IS SO ORDERED.


Date:  May 21, 2026                                    _Virginia K. DeMarchi_
                                                       HON. VIRGINIA K. DEMARCHI
                                                       United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:26-cv-01962-VKD                    2